# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEOPOLDO GONZALEZ-HEURTA,

    Defendant.

Case No. 2:94-CR-00315-KJD-LRL

**ORDER**

Presently before the Court is Defendant's Motion for Modification of Sentence (#108). Having read and considered the motion, it is denied. Defendant has not adequately stated a claim for resentencing due to the retroactive changes to the calculations from the drug equivalency tables which created changes in U.S.S.G. 2D1.1 regarding crack cocaine base offenses. Defendant was sentenced based on a methamphetamine offense. Defendant has not stated an Equal Protection or Due Process claim based on the alleged disparity.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Modification of Sentence (#108) is **DENIED**.

DATED this 15th day of April 2013.

                                        Kent J. Dawson
                                        United States District Judge